**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NETWORK MANAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY, LLC, <br><br> Defendant. | C.A. No. 16-cv-295-RGA <br><br> **JURY TRIAL DEMANDED** |
| NETWORK MANAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SPRINT CORPORATION, AND SPRINT SPECTRUM L.P., <br><br> Defendants. | C.A. No. 16-cv-296-RGA <br><br> **JURY TRIAL DEMANDED** |
| NETWORK MANAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> Defendant. | C.A. No. 16-cv-297-RGA <br><br> **JURY TRIAL DEMANDED** |
| NETWORK MANAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CELLULAR CORPORATION D/B/A U.S. CELLULAR, <br><br> Defendant. | C.A. No. 16-cv-298-RGA <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| NETWORK MANAGING SOLUTIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>        Defendants. | C.A. No. 16-cv-299-RGA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 21, 2017, a copy of Plaintiff's Supplement to Initial Identification of Accused Products was served on the following as indicated:

<u>Via E-Mail</u>
John W. Shaw
Jeffrey T. Castellano
Andrew E. Russell
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
jcastellano@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant AT&T Mobility LLC*

<u>Via E-Mail</u>
L. Norwood Jameson
Matthew S. Yungwirth
S. Neil Anderson
Joseph A. Powers
Christopher J. Tyson
Justus L. Getty
DUANE MORRIS LLP
wjameson@duanemorris.com
msyungwirth@duanemorris.com
snanderson@duanemorris.com
japowers@duanemorris.com
cjtyson@duanemorris.com
jlgetty@duanemorris.com

*Attorneys for Defendant AT&T Mobility LLC*

<u>Via E-Mail</u>
Shanti M. Katona
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
skatona@polsinelli.com

*Attorneys for Defendants Sprint Corporation and Sprint Spectrum L.P.*

<u>Via E-Mail</u>
David E. Finkelson
Justin R. Lowery
MCGUIREWOODS LLP
dfinkelson@mcguirewoods.com
jlowery@mcguirewoods.com

*Attorneys for Defendants Sprint Corporation and Sprint Spectrum L.P.*

2

<u>Via E-Mail</u>
Benjamin J. Schladweiler
ROSS ARONSTAM &MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
bschladweiler@ramllp.com

*Attorneys for Defendants T-Mobile USA, Inc. and Cellco Partnership d/b/a Verizon Wireless*

<u>Via E-Mail</u>
Joshua C. Krumholz
Jacob K. Baron
Mark T. Goracke
Yasmin Ghassab
HOLLAND &KNIGHT LLP
joshua.krumholz@hklaw.com
jacob.baron@hklaw.com
mark.goracke@hklaw.com
yasmin.ghassab@hklaw.com

*Attorneys  for Defendants T-Mobile USA, Inc. and Cellco Partnership d/b/a Verizon Wireless*

<u>Via E-Mail</u>
Steven J. Fineman
Katharine L. Mowery
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
fineman@rlf.com
mowery@rlf.com

*Attorneys for Defendant United States Cellular Corporation*

<u>Via E-Mail</u>
Douglas I. Lewis
Paul E. Veith
John P. Wisse
SIDLEY AUSTIN LLP
dilewis@sidley.com
pveith@sidley.com
jwisse@sidley.com

*Attorneys for Defendant United States Cellular Corporation*

Dated: July 21, 2017

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
302-777-0300 Telephone
302-777-0301 Facsimile
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Cameron H. Tousi (admitted *pro hac vice*)
Andrew C. Aitken (admitted *pro hac vice*)
**IP LAW LEADERS PLLC**

3

        7529 Standish Place, Ste. 103
        Rockville, MD 20855
        Telephone: (202) 248-5410
        Facsimile: (202) 318-4538
        chtousi@ipllfirm.com
        acaitken@ipllfirm.com

*Counsel for Plaintiff*
*Network Managing Solutions, LLC*