IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETWORK MANAGING SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-295-RGA |
| AT&T MOBILITY LLC, | ) ) ) | |
| Defendant. | ) | |
| NETWORK MANAGING SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-296-RGA |
| SPRINT CORPORATION, AND SPRINT SPECTURM L.P., | ) ) ) ) | |
| Defendants. | ) | |
| NETWORK MANAGING SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-297-RGA |
| T-MOBILE USA, INC., | ) ) ) | |
| Defendant. | ) | |
| NETWORK MANAGING SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-298-RGA |
| UNITED STATES CELULLAR CORPORATION D/B/A U.S. CELLULAR, | ) ) ) ) | |
| Defendant. | ) | |

| | |
|---|---|
| NETWORK MANAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 16-299-RGA ) ) ) ) ) ) |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Scheduling Order (D.I. 31), as amended by the Stipulation to Amend the Scheduling Order and ESI Order (D.I. 64) and the Stipulation to Extend Time to File a Joint Claim Construction Chart (D.I. 77), Plaintiff Network Managing Solutions, LLC ("NMS") and Defendants AT&T Mobility LLC, Sprint Corporation, Sprint Spectrum L.P., T-Mobile USA, Inc., United States Cellular Corporation dba U.S. Cellular, and Cellco Partnership dba Verizon Wireless (collectively "Defendants") respectfully submit their Joint Claim Construction Charts.

The parties have met and conferred on January 5, 2017 and January 8, 2017, and submit the following exhibits:

- Exhibit A: agreed and disputed claim terms of U.S. Patent 6,351,213, proposed constructions, and supporting citations to intrinsic evidence

- Exhibit B: agreed and disputed claim terms of U.S. Patent 6,728,688, proposed constructions, and supporting citations to intrinsic evidence

- Exhibit C: agreed and disputed claim terms of U.S. Patent 6,420,968, proposed constructions, and supporting citations to intrinsic evidence

- Exhibit D: agreed and disputed claim terms of U.S. Patent 6,553,099, proposed constructions, and supporting citations to intrinsic evidence

1

A.  **Patents in Suit**

- Exhibit E: U.S. Patent 6,351,213

- Exhibit F: U.S. Patent 6,728,688

- Exhibit G: U.S. Patent 6,420,968

- Exhibit H: U.S. Patent 6,553,099

B.  **Intrinsic Evidence**

- Exhibit I: File History Papers (U.S. Patent 6,351,213)

- Exhibit J: File History Papers (U.S. Patent 6,728,688)

- Exhibit K: File History Papers (U.S. Patent 6,420,968)

- Exhibit L: File History Papers (U.S. Patent 6,553,099)

| FARNAN LLP | SHAW KELLER LLP |
|---|---|
| */s/ Brian E. Farnan* | */s/ Andrew E. Russell* |
| Brian E. Farnan (No. 4089) | John W. Shaw (No. 3362) |
| Michael J. Farnan (No. 5165) | Jeffrey T. Castellano (No. 4837) |
| 919 North Market Street, 12th Floor | Andrew E. Russell (No. 5382) |
| Wilmington, DE 19801 | I.M. Pei Building |
| (302) 777-0300 | 1105 North Market Street, 12th Floor |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| mfarnan@farnanlaw.com | (302) 298-0700 |
| *Attorneys for Plaintiff* | jshaw@shawkeller.com |
| | jcastellano@shawkeller.com |
| | arussell@shawkeller.com |
| | *Attorneys for Defendant AT&T Mobility LLC* |

| | |
|---|---|
| POLSINELLI PC | ROSS ARONSTAM & MORITZ LLP |
| */s/ Shanti M. Katona* | */s/ Benjamin J. Schladweiler* |
| Shanti M. Katona (No. 5352) | Benjamin J. Schladweiler (No. 4601) |
| 222 Delaware Avenue, Suite 1101 | 100 S. West Street, Suite 400 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 252-0924 | (302) 576-1600 |
| skatona@polsinelli.com | bschladweiler@ramllp.com |
| *Attorneys for Defendants Sprint Corporation and Sprint Spectrum L.P.* | *Attorneys for Defendants T-Mobile USA, Inc. and Cellco Partnership d/b/a Verizon Wireless* |

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Steven J. Fineman*
Steven J. Fineman (No. 4025)
Katharine L. Mowery (No. 5629)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
mowery@rlf.com
*Attorneys for Defendant*
*United States Cellular Corporation*

Dated: January 9, 2018