IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETWORK MANAGING SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-295-RGA |
| AT&T MOBILITY LLC, | ) ) ) | |
| Defendant. | ) ) | |
| NETWORK MANAGING SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-296-RGA |
| SPRINT CORPORATION, AND SPRINT SPECTRUM L.P., | ) ) ) | |
| Defendants. | ) ) | |
| NETWORK MANAGING SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-298-RGA |
| UNITED STATES CELLULAR CORPORATION D/B/A U.S. CELLULAR, | ) ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER TO STAY ALL DEADLINES**

WHEREAS, Plaintiff Network Managing Solutions, LLC ("NMS") and Defendants Sprint Corporation and Sprint Spectrum L.P. have reached an agreement in principle to resolve

1

their disputes in C.A. No. 16-296-RGA;

WHEREAS, Plaintiff NMS and Defendant United States Cellular Corporation have been engaged in discussions regarding an agreement to resolve C.A. No. 16-298-RGA;

WHEREAS, Plaintiff NMS and Defendant T-Mobile USA, Inc. have reached a final agreement and filed dismissal papers in C.A. No. 16-297-RGA;

WHEREAS, Plaintiff NMS and Defendant Cellco Partnership d/b/a Verizon Wireless have reached a final agreement and filed dismissal papers in C.A. No. 16-299-RGA;

WHEREAS, Plaintiff NMS and Defendant AT&T Mobility LLC are engaged in mature discussions to resolve C.A. No. 16-295-RGA;

WHEREAS, the parties are in agreement that the above-captioned actions (the "actions") should be stayed while the parties negotiate;

WHEREAS, the parties respectfully submit that the resources of the parties and the Court would be conserved by a stay so that the negotiations may continue and, if appropriate, dismissal papers thereafter filed with the Court;

IT IS HEREBY STIPULATED by Plaintiff Network Managing Solutions, LLC and Defendants AT&T Mobility LLC, Sprint Corporation, Sprint Spectrum L.P., Inc., and United States Cellular Corporation (collectively, "Defendants"), subject to approval of the Court, that:

(1)   The actions are STAYED;

(2)   The Markman hearing presently scheduled for June 26, 2018 (D.I. 110 in 16-295-RGA) is CANCELLED;

(3)   The discovery dispute hearing presently scheduled for June 26, 2018 (D.I. 142 in 16-295-RGA) is CANCELLED;

(4) Defendants' deadline to submit their opposition brief to Network Managing Solutions, LLC's Motion for Leave to File Amended Complaint (D.I. 131 in 16-295-RGA) is EXTENDED from June 20, 2018 until 7 days after the stay is lifted; and

(5) If the parties have not filed papers with the Court seeking a dismissal of the cases by August 17, 2018, the parties will file a joint letter by that date updating the Court or requesting a status conference to re-set the cancelled hearings and restart discovery.

Dated: June 20, 2018

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE  19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
*Counsel for Plaintiff*
*Network Managing Solutions, LLC*

RICHARDS, LAYTON & FINGER, P.A

*/s/ Steven J. Fineman*
Steven J. Fineman (No. 4025)
Katharine L. Mowery (No. 5629)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
mowery@rlf.com
*Counsel for Defendant*
*United States Cellular Corporation*

Respectfully submitted,

SHAW KELLER LLP

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Andrew E. Russell (No. 5382)
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
jcastellano@shawkeller.com
arussell@shawkeller.com
*Counsel for Plaintiff AT&T Mobility LLC*

POLSINELLI PC

*/s/ Shanti M. Katona*
Shanti M. Katona (No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0924
skatona@polsinelli.com
*Counsel for Defendants*
*Sprint Corporation and Sprint Spectrum L.P.*

4

**SO ORDERED**, this_____day of_____, 2018.

_____
The Honorable Richard G. Andrews
United States District Judge