# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETWORK MANAGING SOLUTIONS, LLC | § § § | |
| *Plaintiff*, | § § | C.A. No.: 16-296-RGA |
| v. | § § | |
| SPRINT CORPORATION, AND SPRINT SPECTRUM L.P., | § § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants hereby agree, subject to the approval of the Court, to dismiss all of Plaintiff's claims in this action with prejudice and all of Defendants' claims in this action without prejudice. Each party shall bear its own costs and attorneys' fees.

**Dated:  August 15, 2018**

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
302-777-0300 Telephone
302-777-0301 Facsimile
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Nelson III (admitted *pro hac vice*)
Brent N. Bumgardner (admitted *pro hac vice*)
Barry J. Bumgardner (admitted *pro hac vice*)
Eric M. Albritton (*admitted pro hac vice*)
John P. Murphy (admitted *pro hac vice*)
NELSON BUMGARDNER ALBRITTON P.C.
3131 West 7th Street, Suite 300

Respectfully submitted,

POLSINELLI PC

*/s/ Shanti M. Katona*
Shanti M. Katona (No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
302-252-0924
skatona@polsinelli.com

David E. Finkelson
Justin R. Lowery
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-4030
(804) 775-1000
dfinkelson@mcguirewoods.com
jlowery@mcguirewoods.com

| | |
|---|---|
| Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br>ed@nbafirm.com<br>brent@nbafirm.com<br>barry@nbafirm.com<br>ema@nbafirm.com<br>murphy@nbafirm.com<br><br>**ATTORNEYS FOR PLAINTIFF NETWORK MANAGING SOLUTIONS, LLC** | Jason W. Cook<br>MCGUIREWOODS LLP<br>2000 McKinney Avenue<br>Suite 1400<br>Dallas, TX 75201<br>(214) 932-6400<br><br>**ATTORNEYS FOR DEFENDANTS SPRINT CORPORATION AND SPRINT SPECTRUM L.P.** |

IT IS SO ORDERED this ___ day of August, 2018.

_____
The Honorable Richard G. Andrews